```
       FILED      LODGED
       RECEIVED   COPY

       APR 1 1 2018

    CLERK U S DISTRICT COURT
      DISTRICT OF ARIZONA
    BY            M DEPUTY
```

**REDACTED FOR PUBLIC DISCLOSURE**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Robert Lee Jose,<br><br>　　　　Defendant. | CR-18-00497-PHX-DGC (MHB)<br><br>**INDICTMENT**<br><br>VIO:　18 U.S.C. §§ 1153 and 1111<br>　　　(CIR: First Degree Murder)<br>　　　Count 1<br><br>　　　18 U.S.C. § 924(c)(1)(A) and (j)<br>　　　(Use of a Firearm During<br>　　　a Crime of Violence Resulting in<br>　　　Death)<br>　　　Count 2 |

THE GRAND JURY CHARGES:

### COUNT 1

On or about March 28, 2018, in the District of Arizona, within the confines of the Gila River Indian Community, Indian Country, ROBERT LEE JOSE, an Indian, did with premeditation and malice aforethought unlawfully kill T.R.J.

In violation of Title 18, United States Code, Sections 1153 and 1111.

### COUNT 2

On or about March 28, 2018, in the District of Arizona, ROBERT LEE JOSE, during and in relation to a crime of violence as defined in Title 18, United States Code, Section 924(c)(3), to wit: First Degree Murder, as alleged in Count 1 of this Indictment, a

felony prosecutable in a court of the United States, did knowingly use, carry, possess, brandish, and discharge, in furtherance of the crime of violence, a handgun, resulting in death.

In violation of Title 18, United States Code, Section 924(c)(1)(A) and (j).

A TRUE BILL

/s/
_____
FOREPERSON OF THE GRAND JURY
Date: April 11, 2018

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

/s/
_____
RAYNETTE M. LOGAN
Assistant U.S. Attorney